AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

AUG 20 2020
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

| | |
|---|---|
| United States of America<br>v.<br>CHANCE JOSEPH SENECA<br><br>Defendant(s) | )<br>)<br>) Case No.<br>)  6:20-mj-00109<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 20, 2020__ in the county of __Lafayette__ in the __Western__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1201(a)(1) | Kidnapping |

This criminal complaint is based on these facts:
See Attachment 1 (Affidavit)

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Daniel S. English, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: __August 20, 2020__

_____
Judge's signature

City and state: __Lafayette, Louisiana__

Patrick J. Hanna, U.S. Magistrate Judge
Printed name and title