UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 6:20-mj-00109 |
| VERSUS | |
| CHANCE JOSEPH SENECA | MAGISTRATE JUDGE HANNA |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel S. English, being first duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since September 2017. I am currently assigned to the New Orleans Field Office, Lafayette Resident Agency, where I am tasked with investigating criminal violations of federal law. Prior to being hired by the FBI, I was a police officer with the Charleston Police Department (CPD) in South Carolina. I was hired by CPD in August 2007 and was a detective in automobile theft, robbery and homicide investigative units from 2012 to 2016. I have received training in investigative techniques and have testified in local, state and federal court on numerous occasions. Specific to this matter, I am the assigned case agent and have been involved since the FBI became aware of the captioned criminal allegations.

1

2. The facts in this affidavit come from my personal observations, training and experience and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## Statutory Authority

3. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7), that is, an officer of the United States empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

4. This affidavit is in support of an application for a federal complaint and arrest warrant alleging Chance Seneca, hereinafter referred to as Seneca, is in violation of Title 18, United States Code, Section 1201(a)(1). Title 18, United States Code, Section 1201(a)(1) makes it a crime for anyone to unlawfully seize, confine, inveigle, decoy, kidnap, abduct, or carry away and hold for ransom or reward or otherwise any person, when the offender uses any means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense.

## Statement of Probable Cause

5. On June 20, 2020, at 11:49 PM, Chance Seneca called 911 and was transferred to an LPD dispatcher. Seneca told the dispatcher someone was strangled and he was waiting outside his dad's house to speak with officers.

When the dispatcher asked what happened, Seneca made statements such as, "I really fucked my life up tonight," "It's my fault," "I didn't want all this to happen," "I tried to control everything so good," "It was going so well," "I don't want to be killed," and "I just want help."

6. LPD responded to Seneca's location of 401 Maryview Farm Road Lafayette, Louisiana 70507. LPD found Seneca outside smoking a cigarette. After entering the home, LPD located Holden White in an upstairs bathtub. White was naked and severely injured. Officers reported seeing White's wrists slit to the bone and strangulation marks around his neck. Weapons, such as a knife, ice pick, saw, and hammer, were seen in plain view around the bathtub, which was located inside a bathroom connected to Seneca's bedroom in the home. LPD also found a vehicle outside, a white 2006 Toyota Corolla bearing Louisiana license plate 119DPJ.

7. White was transported to Lafayette General Medical Center, where he was intubated for several days. Seneca was transported to LPD headquarters and Mirandized by Detective Andrea Pattison. Seneca agreed to waive his Miranda rights and he made statements in an audio and video recorded interview.

8. During the interview with Detective Pattison, Seneca disclosed that he lives in Duson, Louisiana, with his mother and step-father. He also told Detective Pattison that he has a room at the house where LPD found White, and that the house is owned by his father.

9. Seneca further explained to Detective Pattison that he met White on an online social media/dating application called Grindr[1] and made arrangements to hang out with White at Seneca's father's home. Seneca stated that he knew he and White would be alone at the house because Seneca's father was working off-shore at the time. Seneca told Detective Pattison that the proposed meeting was a pretext and that he intended to kill and dismember White instead. Seneca said that he drove his car, the white 2006 Toyota Corolla, to White's apartment, picked White up, and transported White to Seneca's father's house. Seneca then explained that he convinced White to put on handcuffs and join him in the bathroom adjoining Seneca's bedroom by proposing a sexual encounter. Once inside the bathroom, Seneca strangled White from behind until White was unconscious. After the strangulation, Seneca pulled White's body into the bathtub, stripped his clothing and slit his wrists with a knife. Seneca explained that he had hoped to remove and preserve White's hands but that he could not finish his plan after seeing the bones of White's wrists exposed under the flesh. Seneca recalled crying during the attack and telling himself "not to bitch out." Seneca apologized to White for what was happening and repeatedly told him to "let go . . . I'm setting you free." Seneca eventually called 911 in a self-described effort to be put into a mental institution. Before LPD arrived, Seneca deleted

---

[1] Grindr is a geosocial networking and online dating application geared towards gay and bi-sexual men. Grindr uses internet-based technology that allows its users to establish accounts with Grindr, and users can then use their accounts to share written content, photographs, location information and other information with Grindr users, and sometimes with the general public.

4

        from his personal cell phone the Grindr messages he exchanged with White in order to "get rid of things."

10. At the conclusion of the interview, Seneca was charged with 2nd Degree Attempted Murder by LPD and booked in the Lafayette Parish Corrections Center.

11. On June 27, 2020, I confirmed with LPD that no attorney representations for Seneca had been made. I then arranged an interview with Seneca by coordinating with LPD Detective Chad Parker. Once at the Lafayette Parish Corrections Center with Detective Parker, I introduced myself to Seneca and he agreed to come to LPD headquarters for an audio and video recorded interview.

12. During the interview, in which Seneca agreed to waive his Miranda rights and make a statement, Seneca discussed his preparations for the attempted murder and dismemberment of White. Seneca confirmed that he first chatted with White on Grindr and then transitioned their electronic conversations to Snapchat[2]. Seneca also stated that his purpose for using Grindr was to lure White to his father's house, and he considered it fair to describe Grindr as his "hunting ground." Seneca further remarked that he used an internet-based retailer, Amazon, to purchase several of the items that he used in the course of the attempted murder.

---

[2] Snapchat is an internet-based multimedia messaging app developed by Snap Inc., originally Snapchat Inc. One of the principal features of Snapchat is that pictures and messages are usually only available for a short time before they become inaccessible to their recipients.

13. Seneca also provided additional details regarding his attempted murder of White. Among other things, Seneca explained that he held a firearm to White's back and told White that he could "do this the easy way or the hard way" when referencing White being handcuffed. Seneca described this act as a "dark joke."

14. Based on Seneca's confession that he used false representations to lure White into his automobile and into an isolated home for the purpose of murdering and dismembering White, as well as Seneca's use of internet-based retailers, a cell phone, and internet-based social media applications such as Grindr and Snapchat in furtherance of his plan, there exists sufficient probable cause to show that Seneca unlawfully inveigled White for the purpose of trying to murder and dismember him through the use of one or more facilities and instrumentalities of interstate commerce.

## Conclusion

Based on the information set forth above, it is respectfully submitted that there is probable cause to believe that Seneca is in violation of Title 18, United States Code, Section 1201(a)(1), kidnapping. Due to these facts, it is requested that an arrest warrant be issued for Seneca.

I declare that the information provided above is true and correct to the best of my knowledge and belief.

_____
Daniel S. English
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO before me this _____ day of August, 2020, at Lafayette, Louisiana.

_____
PATRICK J. HANNA
United States Magistrate Judge