

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:20-mj-00109 |
| --- | --- | --- |
| | * | 6:21-cr-00043 RSS/CBW |
| VERSUS | * | |
| | * | |
| CHANCE JOSEPH SENECA | * | MAGISTRATE JUDGE HANNA |

O R D E R

Considering the Motion to Unseal Complaint filed by the United States,

IT IS HEREBY ORDERED AND ADJUDGED that the Complaint proceedings in this matter are hereby unsealed.

DONE AND SIGNED this 18th day of MARCH, 2021 at Lafayette, Louisiana.

PATRICK J. HANNA
United States Magistrate Judge