**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened at **11:20 a.m.** on **Thursday, March 18, 2021**, and adjourned at **11:31 a.m.**

PRESENT:   Patrick J. Hanna, Magistrate Judge, Presiding
Evelyn Alexander, Minute Clerk
Recorded: Liberty Court Recorder 7
Time in Court: 11 minutes

## GRAND JURY REPORT

 X   Partial Report
 X   Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

### OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:21-cr-00043-01*** | X | |
| 6:21-cr-00044-01*** | X | |
| 6:21-cr-00048-01*** | X | |

### SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:21-cr-00042-01 | X | |
| 6:21-cr-00042-02 | X | |
| 6:21-cr-00045-01 | X | |
| 6:21-cr-00046-01 | X | |
| 6:21-cr-00047-01 | X | |
| 6:21-cr-00049-01 | X | |

  X   Warrants/summons ordered issued as indicated.
   *   In Federal Custody
  **   Superseding Indictment
 ***  State Custody