**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:21-CR-00043-01** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CHANCE JOSEPH SENECA (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**MINUTE ENTRY**

The Initial Appearance and Arraignment on the indictment for the defendant (01), Chance Joseph Seneca, is set for 3/23/2021 at 10:00 a.m. before U.S. Magistrate Judge Carol Whitehurst via video conference. Instructions will be emailed to each participant. If the public and/or the media wish to participate in the hearing, please email Whitehurst_VTC@lawd.uscourts.gov to request access information. Those granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Defense counsel is responsible for notifying and sharing access information with the Defendant's family. The Government is responsible for notifying and sharing access information with any victim(s).

THUS DONE in Chambers on this 18th day of March, 2021.

Carol B. Whitehurst
United States Magistrate Judge