

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 2 3 2021

TONY R. MOORE, CLERK
BY _____
                  DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA     CASE NO. 6:21-CR-00043-01

VERSUS     JUDGE ROBERT R. SUMMERHAYS

CHANCE JOSEPH SENECA (01)     MAGISTRATE JUDGE CAROL B. WHITEHURST

### ORDER

On the basis of the captioned-defendant's financial affidavit in this case, the Court determines that the defendant:

___ is financially able to employ counsel and, therefore, denies his application for appointment of counsel at government expense.

✓ is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent defendant or recommend counsel for appointment from the CJA panel.

___ is financially unable to pay the fee of any witness and, pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, the Clerk shall issue a subpoena for any witness, PROVIDED that the defendant and his counsel shall submit subpoenas only for those witnesses whose presence is necessary to present an adequate defense to the charge or charges.

Signed at Lafayette, Louisiana on _March 23_____, 2021.

_____
Carol B. Whitehurst
United States Magistrate Judge