UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 6:21-cr-00043-01** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **CHANCE J. SENECA** | **MAGISTRATE JUDGE WHITEHURST** |

**DEFENDANT'S REQUEST FOR DISCOVERY**

     CHANCE E. SENECA, defendant herein, hereby requests that the United States disclose all matters listed in Paragraph (I)(a)(1) of the Criminal Pretrial Discovery Order, including subparagraphs (A) through (I). Under subparagraph (H), the defendant specifically requests any and all books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief or which were obtained from or belong to the defendant.

                                                 RESPECTFULLY SUBMITTED,
                                                 REBECCA L. HUDSMITH
                                                 FEDERAL PUBLIC DEFENDER FOR THE
                                                 MIDDLE & WESTERN DISTRICTS OF LOUISIANA

                                  BY:    <u>S/ DUSTIN C. TALBOT (LA #33404)</u>
                                                 Assistant Federal Public Defender
                                                 102 Versailles Blvd., Suite 816
                                                 Lafayette, Louisiana 70501
                                                 (337)262-6336 (Phone)    (337)262-6605 (Fax)
                                                 COUNSEL FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 23, 2021, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent via notice of electronic filing (NEF) to:

**Robert C. Abendroth**
U.S. Attorney's Office

                                              **S/ Dustin C. Talbot**