UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**             **CASE NO. 6:21-CR-00043-01**

**VERSUS**                                **JUDGE ROBERT R. SUMMERHAYS**

**CHANCE JOSEPH SENECA (01)**            **MAGISTRATE JUDGE CAROL B. WHITEHURST**

## MINUTES

A telephone status conference was held on April 6, 2021, starting at 10:30 a.m. and ending at 10:37 a.m.[1] Participating in the conference, along with the undersigned, were Robert Abendroth, on behalf of the Government, and Dustin Talbot on behalf of Defendant.

The Court considered the Government's Unopposed Motion to Certify the case as complex. Given the allegations involved, the anticipated discovery, and that Defendant's counsel will likely request an evaluation of the defendant, the Court agreed the case is complex and will grant the Motion. Therefore, the Court found that the case is so complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act, in accordance with 18 U.S.C. §3161(h)(7)(B)(ii). The Court therefore found that the ends of justice

---

[1] Statistical time: 7 minutes.

served by granting this continuance outweigh the public's and the defendant's rights in a speedy trial.

Accordingly, the parties agreed to set a telephone status conference for May 27, 2021 at 10:30 a.m. Counsel shall access the conference by dialing 877-336-1839, access code 2869540.

Signed at Lafayette, Louisiana on this 6th day of April, 2021.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE