**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| United States of America | Criminal No. 6:21-00043-01 |
| versus | Judge Robert R. Summerhays |
| Chance Joseph Seneca (01) | Magistrate Judge Carol B. Whitehurst |

## MINUTES OF TELEPHONE CONFERENCE

The undersigned conducted a telephone status conference with the parties on May 27, 2021, beginning at 10:30 a.m. and ending at 10:45 a.m., to discuss the status of discovery and progression of the litigation.[1] Participating in the conference, along with the undersigned, were Robert Abendroth and Thomas Johnson, on behalf of the Government, and Dustin Talbot on behalf of Defendant.

This case has been certified as complex, however counsel for both parties agreed that the matter is ready to be set for trial. After discussion, the trial of this matter was set on March 14, 2022. The pre-trial conference was set before the undersigned magistrate judge by telephone on February 28, 2022 at 10:00 a.m.

The counsel for the government agreed that is would continue working with defense counsel to produce discovery in a readable format with a useful index.

Thus done and signed in Lafayette, Louisiana this 27th day of May, 2021.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

---

[1] Statistical time: 15 mins.