## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| United States of America | Criminal No. 6:21-00043-01 |
| versus | Judge Robert R. Summerhays |
| Chance Joseph Seneca (01) | Magistrate Judge Carol B. Whitehurst |

### **ORDER**

The undersigned conducted a telephone status conference with the parties on May 27, 2021.  Based on the agreement of counsel,

IT IS ORDERED that the trial of this matter is SET on March 14, 2022 in Courtroom 3, Lafayette.

IT IS FURTHER ORDERED that the pre-trial conference is SET before the undersigned magistrate judge by telephone on February 28, 2022 at 10:00 a.m.

Thus done and signed in Lafayette, Louisiana this 27th day of May, 2021.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**