UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:21-CR-00043-01 |
| | * | |
| VERSUS | * | JUDGE SUMMERHAYS |
| | * | |
| CHANCE J. SENECA | * | MAGISTRATE JUDGE WHITEHURST |

JOINT STATUS REPORT

A status conference was held this date at the direction of the court. The following appearances were made:

| **NAME** (PLEASE PRINT) | **PARTY REPRESENTED** |
|---|---|
| Myers P. Namie | United States of America |
| Dustin C. Talbot | Chance Seneca |

Trial is set for March 14, 2022. Pretrial conference scheduled for February 28, 2022.

**THE FOLLOWING QUESTIONS WERE ADDRESSED:**

(1) Will a hearing outside the presence of the jury be required on Rule 404(b) evidence either as to its relevance or as to its probative vs. prejudicial value?  See, United States v. Beechum, 582 F.2d 898 (5th Cir. 1978) (*en banc*), *cert. denied,* 440 U.S. 920 and Huddleston v. United States, 485 U.S. 681 (1988).   **Government - No; Defense - No.**

(2) Is there any issue involving voluntariness of statements under 18 U.S.C. § 3501?

**Government - No; Defense - No.**

(3) Are there any admissibility questions requiring evidentiary presentation?:

**Government - No; Defense - No.**

(4) Time required by each side to present its case in chief: **Government - 3 Day(s); Defense:  1 day.**

(5) The parties agreed to waive challenges to the foundation of the following documents: **N/A.**

(6)  Order of presentation by multiple defendants: **N/A.**

(7)  Pending discovery problems:   **None.**

(8) Jencks Act material will be provided to defendant(s); **At least by Friday before trial**.

(9) Other:   **A verbally agreed-upon proposed plea packet has been forwarded to the defendant and we are close to a plea, as communicated to the Court.  If we cannot reach a plea well before the trial date, an unopposed continuance will be filed.  Both parties agree this matter should not proceed to trial on March 14, as there are necessary steps, that qualify as excludable time under the Speedy Trial Act, which still need to be accomplished.**

APPROVED AS TO FORM AND SUBSTANCE this 22nd day of February 2022.

SIGNATURES:

| | |
|---|---|
| */s/ Myers P. Namie* | */s/ Dustin C. Talbot* |
| MYERS P. NAMIE, LA Bar No. 29334 | DUSTIN C. TALBOT, LA Bar No. 33404 |
| Assistant United States Attorney | Assistant Federal Public Defender |
| 800 Lafayette Street, Suite 2200 | 102 Versailles Boulevard, Suite 816 |
| Lafayette, Louisiana 70501-6832 | Lafayette, Louisiana 70501 |
| Telephone: (337) 262-6618 | Telephone: (337) 262-6336 |

**NOTE: Original to be filed with Clerk.  Copy to be emailed to Magistrate Judge Carol B. Whitehurst's chambers via Whitehurst_orders@lawd.uscourts.gov.**