## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE NO. 21-43-1** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **CHANCE SENECA** | **MAGISTRATE JUDGE WHITEHURST** |

## **ORDER**

UPON CONSIDERATION of the Defendant's Unopposed Motion to Continue Trial;

IT IS HEREBY ORDERED that the trial date of March 14, 2022 be continued. A new trial date will be set by further order of the Court.

The Court finds failure to grant the requested continuance "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation and possible resolution of this matter, taking into account the exercise of due diligence." *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Further, it is the finding of this Court, after an "ends of justice" analysis pursuant to the provisions of 18 U.S.C. § 3161(h)(7), that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Lafayette, Louisiana this _____ day of _____, 2022.

_____
United States Magistrate Judge