# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:21-CR-00043-01** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CHANCE JOSEPH SENECA (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## MINUTES

A telephone status conference was held on March 14, 2022, starting at 2:00 p.m. and ending at 2:05 p.m.[1] Participating in the conference, along with the undersigned, were Myers Namie and Thomas Johnson on behalf of the Government, and Dustin Talbot on behalf of Defendant.

This matter having already been continued beyond the parameters of the Speedy Trial Act, it was decided that trial will be set for August 8, 2022 before Judge Summerhays in Lafayette. A pretrial conference will be held on July 21, 2022 at 10:00 a.m. by phone with the undersigned. Counsel shall access the pretrial conference by dialing 877-336-1839, access code 2869540.

Signed at Lafayette, Louisiana on this 14th day of March 2022.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

---

[1] Statistical time: 5 minutes.