UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:21-CR-00043-01** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CHANCE JOSEPH SENECA (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

Considering the issues discussed during the March 14, 2022 telephone scheduling conference,

IT IS ORDERED that trial is hereby set for August 8, 2022 at 9:30 AM before Judge Summerhays in Courtroom 3, Lafayette, Louisiana.

IT IS FURTHER ORDERED that a pretrial conference will be held on July 21, 2022 at 10:00 a.m. by phone with the undersigned Magistrate Judge. Counsel shall access the pretrial conference by dialing 877-336-1839, access code 2869540.

Signed at Lafayette, Louisiana on this 14th day of March, 2022.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE