**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

To:             All Counsel of Record

Issued By:      Judge Robert R. Summerhays

Re:             United States of America v. Chance Joseph Seneca
                Criminal Action No. 6:21-cr-00043

Date:           September 6, 2022

## MINUTE ENTRY

     A change of plea hearing in the above-referenced matter is SET on September 29, 2022 at 10:00 a.m.