UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-43-1 |
| VERSUS | JUDGE SUMMERHAYS |
| CHANCE JOSEPH SENECA | |

## NOTICE OF APPEAL

NOTICE is hereby given that Chance Seneca, the defendant-appellant, hereby appeals to the United States Court of Appeals for the Fifth Circuit, from the final judgment entered in these proceedings on January 25, 2023.

        RESPECTFULLY SUBMITTED,

        REBECCA L. HUDSMITH
        FEDERAL PUBLIC DEFENDER FOR THE
        MIDDLE & WESTERN DISTRICTS OF LOUISIANA

BY:   *s/ Dustin C. Talbot*
        Dustin C. Talbot, La. Bar #33404
        Assistant Federal Public Defender
        102 Versailles Blvd., Suite 816
        Lafayette, Louisiana 70501
        (337)262-6336

        *Attorney for Chance Seneca*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 31, 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of the filing will be sent by operation of the Court's electronic filing system to:

Myers Namie
*U.S. Attorney's Office*

*s/ Dustin C. Talbot*