# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

June 13, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-30075   USA v. Seneca  
                    USDC No. 6:21-CR-43-1

The court has considered the motion of Chance Joseph Seneca to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Chance Joseph Seneca may obtain all ex parte documents *filed on behalf of* Chance Joseph Seneca, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Shea E. Pertuit*  
Shea E. Pertuit, Deputy Clerk  
504-310-7666

Ms. Yael Bortnick  
Ms. Camille Ann Domingue  
Mr. Tony R. Moore  
Ms. Bonnie Ilene Robin-Vergeer  
Mr. Dustin Charles Talbot